STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

AMANI S. FLOYD (CABN 301506)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6940
    FAX: (415) 436-7234
    Amani.Floyd@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-19-082-JD |
| Plaintiff, | STIPULATION TO CONTINUE HEARING AND WAIVE TIME FROM JANUARY 7, 2022 TO JANUARY 18, 2022 AND ORDER |
| v. | |
| NATHANIEL CHAPPELLE, | |
| Defendant. | |

On January 7, 2022, the parties were informed by the Court that Defendant Nathaniel Chappelle is under quarantine at Santa Rita Jail and that the U.S. Marshals Service recommends rescheduling the hearing currently scheduled for January 10, 2022. As such, it is hereby stipulated by and between counsel for the United States and counsel for the defendant, that, with the Court's approval, the detention and status hearing currently scheduled for January 10, 2022 at 10:00 a.m. be continued to January 18, 2022 at 10:00 a.m., or as soon thereafter as the Court is available.

The parties further stipulate and request that time be waived under Federal Rule of Criminal Procedure 5.1 from January 7, 2022 through January 18, 2022. The parties agree that there is good cause for extending the time limit for a preliminary hearing under Rule 5.1 for the reasons explained above.

The undersigned Assistant United States Attorney certifies that she has obtained approval from

1  counsel for the defendant to file this stipulation and proposed order.

2      IT IS SO STIPULATED.

3  DATED:  January 7, 2022      /s/
4      AMANI S. FLOYD
    Assistant United States Attorney

5
6  DATED:  January 7, 2022      /s/
    ELIZABETH FALK
7      Counsel for Defendant NATHANIEL CHAPPELLE

8
9      IT IS SO ORDERED.

10
11  DATED: January 7, 2022

    HON. DONNA M. RYU
    United States Magistrate Judge

STIPULATION TO CONT. HEARING AND WAIVE TIME AND ORDER
Case No. CR-19-082-JD                                    v. 7/10/2018